# KELLEY J. SHARKEY
Attorney at Law

JAN 3 2020

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 858-8843
Fax: (718) 875-0053

December 27, 2019

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007        Re.: <u>United States</u> v <u>Bolivar Vasquez</u> 14 CR 608 (AJN )

Dear Judge Nathan:

SO ORDERED

I'm submitting this letter to clarify my previous request. Bolivar Vasquez is currently on probation (not supervised release) and is being supervised out of the EDNY. I write to request that Mr. Vasquez be allowed to accompany his domestic partner (who is scheduled for surgery) to the Dominican Republic. Pretrial Services Officer Sanford (917-731-9743) has no objections to this request and AUSA Diskant defers to the Department of Probation in determining whether or not the travel request should be granted. If approved, travel dates are from January 11, 2020 to January 16, 2020. Thank you for your consideration.

Respectfully,

/S/
Kelley J. Sharkey
Counsel for Bolivar Vasquez

cc: AUSA Edward Diskant

SO ORDERED:

_____  1/3/20
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE